**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LORENZO ROBERTS,

      Plaintiff,                    Case No. 20-cv-11147
                                        Hon. Matthew F. Leitman

v.

LINCOLN FINANCIAL GROUP,

      Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION**
**TO EXCUSE COMPLIANCE WITH LOCAL RULE 83.20(f)**

Having come before this court on Defendant's Unopposed Motion to Excuse Compliance with Local Rule 83.20(f),

**IT IS SO ORDERED**:

The Unopposed Motion is granted.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  September 1, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 1, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764