# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LORENZO ROBERTS,

      Plaintiff,

v.

LINCOLN FINANCIAL GROUP,

      Defendant.

Case No. 20-cv-11147
Hon. Matthew F. Leitman

_____/

## STIPULATED ORDER TO DISMISS
## WITH PREJUDICE AND WITHOUT COSTS

The parties hereto, through their respective counsel, hereby stipulate and agree that this matter be dismissed with prejudice and without costs, each party to bear its own fees.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 11, 2021

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Warren von Schleicher* <br> Attorney for Defendant, Lincoln <br> Life Assurance Company of Boston <br> Warren von Schleicher (IL-6197189) <br> SMITH \| VON SCHLEICHER + ASSOCIATES <br> 180 North LaSalle St. Suite 3130 <br> Chicago, IL 60601 <br> P:  312-541-0300 <br> warren.vonschleicher@svs-law.com | By: /s/ *Jacob C. Bender* <br> Attorney for Plaintiff, <br> Lorenzo Roberts <br> Jacob Bender (P-78743) <br> COOPER & BENDER, PC <br> 4153 Occidental Hwy, PO Box 805 <br> Adrian, MI 49221 <br> P:  517-263-7884 <br> frontdesk@cooperandbenderpc.com |